**98**   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WALKER, Appellant. [817 NYS2d 909]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 16, 2001 (*People v Walker,* 282 AD2d 628 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered June 17, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Ritter and Goldstein, JJ., concur.

■   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY WARD, Appellant. [817 NYS2d 908]—Appeals by the defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Weber, J.), both imposed December 16, 2004, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Adams, J.P., Krausman, Spolzino and Lunn, JJ., concur.